# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-2398

_____

Gwen G. Caranchini

*Plaintiff - Appellant*

v.

Rick Peck, individually

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 30, 2019
Filed: January 7, 2020
[Unpublished]

_____

Before LOKEN, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

In this diversity action, Gwen Caranchini appeals following the district court's[1] dismissal of her complaint for failing to state a claim, challenging only the denial of

_____

[1]The Honorable Greg Kays, United States District Judge for the Western District of Missouri.

her motions to recuse.  After careful review of the record, we conclude that the district court did not abuse its discretion in denying Caranchini's motions.  See Jenkins v. Ark. Power & Light Co., 140 F.3d 1161, 1164 (8th Cir. 1998) (denial of motion to recuse is reviewed for abuse of discretion); cf. United States v. Melton, 738 F.3d 903, 905-06 (8th Cir. 2013) (party seeking recusal bears burden of rebutting presumption that judge is impartial; judicial rulings rarely establish valid basis for recusal, and this general rule holds true where party seeking recusal fails to present evidence demonstrating partiality).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____